AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| CARLOS FELIPE-JOSE | ) Case No. 16-8008-WM |
| | ) |
| Defendant(s) | ) |

FILED BY _____ D.C.
JAN 1 3 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __December 19, 2015__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §1326(a) | Illegal re-entry after deportation. |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

ICE D/O Andy Korzen
Printed name and title

Sworn to before me and signed in my presence.

Date: 01/13/2016

_____
Judge's signature

City and state: West Palm Beach, Florida

Hon. William Matthewman, United States Magistrate Judge
Printed name and title

## AFFIDAVIT

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Deportation Officer with the United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE") and have been so employed for over twelve years. Your affiant is currently assigned to the Enforcement and Removal Operations, Criminal Alien Program, Stuart, Florida. As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. The information contained in this affidavit is based upon my own knowledge, a review of the alien file corresponding to Carlos FELIPE-JOSE, as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding this investigation but only those facts necessary to establish probable cause to charge.

3. On December 19, 2015, Carlos FELIPE-JOSE was arrested on State law violations and booked into the Palm Beach County Jail. Your affiant received a certified copy of the fingerprint card containing the prints taken in connection with Carlos FELIPE-JOSE's December 19, 2015 arrest.

4. Official records within Carlos FELIPE-JOSE's alien file show he is a native and citizen of Guatemala, who was removed from the United States on or about May 13, 2013, and November 14, 2013. Records further show a Warrant of Removal was executed on or about May 13, 2013, and again on or about November 14, 2013. As part of the removal process,

Prior to being removed from the United States, immigration officials obtained Carlos FELIPE-JOSE's fingerprint on the Warrant of Removal.

5. Martin County Sheriff's Office Fingerprint Expert Diane Crowther compared the

1

print on the Warrant of Removal executed on or about November 14, 2013, with the prints taken in connection with Carlos FELIPE-JOSE's December 19, 2015 arrest and determined that they were made by the same individual.

6. Record checks revealed that Carlos FELIPE-JOSE did not have permission to reenter the United States.

7. On January 13, 2016, immigration officials located Carlos FELIPE-JOSE in the Lake Worth area and placed him under administrative arrest for being an alien unlawfully present in the United States.

WHEREFORE, based on the foregoing, your affiant respectfully submits that there is probable cause to charge Carlos FELIPE-JOSE with violating Title 8, United States Code, Section 1326(a).

Further Affiant Sayeth Naught

_____
Andy Korzen
Deportation Officer
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 13th day of January 2016,
in West Palm Beach, Florida.

_____
HONORABLE WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. **16-8008-WM**

**UNITED STATES OF AMERICA**

vs.

**CARLOS FELIPE-JOSE**

**Defendant.**
_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes __X__ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: _____
WILLIAM T. ZLOCH
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0105619
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401-6235
Tel: (561) 209-1022
Fax: (561) 820-8777
William.Zloch@usdoj.gov